IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA,
 Plaintiff,

v.

PAUL EDWARD DAVIS,
 Defendant.

No. 5:99CR40091-001

2:13-mj-596-GWF

[Stamp: FILED / ENTERED / SERVED ON COUNSEL/PARTIES OF RECORD / AUG 2 1 2013 / CLERK US DISTRICT COURT / DISTRICT OF NEVADA / BY: _____ DEPUTY]

## ORDER DISMISSING REVOCATION PROCEEDINGS

NOW on this 16th day of August, 2013 the above entitled matter comes before the Court upon the request of the U.S. Probation Office to dismiss revocation proceedings against Paul E. Davis, which were initiated on August 6, 2013, in relation to violations of supervised release. The Court, having reviewed the request of the U.S. Probation Office and being fully advised approves dismissing the revocation proceedings at this time.

IT IS THEREFORE ORDERED that the revocation proceedings against Paul E. Davis be dismissed.

_____
HONORABLE JULIE A. ROBINSON
U.S. District Judge